

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 MAY 22  PM 3: 52

LORETTA G. WHYTE
CLERK

12691/JDP                                                              0032.6282

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MAROIL, INC. and ZURICH AMERICAN INSURANCE COMPANY | * | CIVIL ACTION |
| | * | NO. **08 - 3539** |
| VERSUS | * | SECTION: **SECT. N MAG. 2** |
| CAPITAL TOWING, LTD. and ECKSTEIN MARINE SERVICES, L.L.C. | * | MAG: |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>COMPLAINT</u>

Plaintiff, ZURICH AMERICAN INSURANCE COMPANY, (hereinafter "ZURICH")

and MAROIL, INC., (hereinafter "MAROIL"), (hereinafter collectively referred to as

"Plaintiffs") as and for its complaint against CAPITAL TOWING, LTD. (hereinafter "CAPITAL

TOWING") and ECKSTEIN MARINE SERVICES, L.L.C. (hereinafter "ECKSTEIN"),

(hereinafter collectively referred to as "Defendants"), allege upon information and belief as

follows:

I.

This is an admiralty and maritime claim within the jurisdiction of the United States and of

this Honorable Court, within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure,

Fee $350
Process_____
Dktd_____
CtRmDep_____
Doc. No._____

28 U.S.C. § 1333, and Rule C of the Supplemental Rules for Certain Admiralty and Maritime

Claims.  Venue in this action is proper under 28 U.S.C. § 1391(b).

II.

At all material times, plaintiff, ZURICH, is an insurance company incorporated in the

State of Illinois and authorized to do and doing business within the State of Louisiana.

III.

ZURICH issued to MAROIL hull policy No. MH358771105 which policy afforded hull

coverage to MAROIL for the barges MOC IX and MOC X.  The policy was in full force and

effect at all times pertinent hereto.  The policy is the best evidence of its contents and made part

hereof by reference as if set out *in extenso*.  Pursuant to the aforesaid policy, ZURICH made

substantial payments to its insured MAROIL such that ZURICH is entitled to recover said

payments along with interest, court costs, etc. pursuant to the principles of contractual and

equitable subrogation.

IV.

At all material times, plaintiff, MAROIL, is a foreign corporation organized and existing

under the laws of a state other than Louisiana, which is doing business within the State of

Louisiana.

V.

At all material times, defendant, CAPITAL TOWING, was and now is a limited liability

partnership organized and existing under and by virtue of the laws of a state other than Louisiana,

which at all times pertinent hereto does business in Louisiana.

VI.

At all material times, defendant, ECKSTEIN, was and now is a limited liability company organized and existing under and by virtue of the laws of a state of Delaware, which at all times pertinent hereto has its base of marine operations located in Harahan, Louisiana.

VII.

At all material times, the M/V ELIZABETH R was a towing vessel which was owned and/or operated by CAPITAL TOWING.

VIII

At all material times, the M/V TAYLOR MARIE was a towing vessel which was owned and/or operated by ECKSTEIN.

IX.

At all material times, plaintiff, MAROIL, was the owner and operator, respectively, of the tank barges MOC IX and MOC X.  Both such tank barges were at all times pertinent hereto staunch, tight, strong, and seaworthy in all respects.

X.

Pursuant to a charter agreement between MAROIL and CAPITAL TOWING, the M/V ELIZABETH R was towing the tank barges MOC IX and MOC X on or about May 24, 2005.

XI.

On or about 3:00 a.m. of May 24, 2005, the flotilla of the M/V ELIZABETH R was traveling westbound in the Gulf Intracoastal Waterway near Mile 277.5 east of Orange, Texas near Port Arthur, Texas.

XII.

While navigating in the area of the Gulf Intracoastal Waterway at the time described in the preceding paragraph, the flotilla of the M/V ELIZABETH R was struck by the flotilla of the M/V TAYLOR MARIE, resulting in damage to the tank barges MOC IX and MOC X.

XIII.

The aforesaid collision and all losses resulting therefrom and all damages occasioned thereby were in no way caused or occasioned by any fault, neglect, or want of care on the part of MAROIL or anyone for whose conduct MAROIL is responsible.

XIV.

The causes of the collision were the unseaworthiness of the M/V ELIZABETH R, and/or the negligence of the officers, captain and/or crew of the M/V ELIZABETH R, as well as the mismanagement of the M/V ELIZABETH R by its owners and/or operators, all of which CAPITAL TOWING is solely liable.

XV.

Furthermore, the collision was caused by the unseaworthiness of the M/V TAYLOR MARIE, and/or the negligence of the officers, captain and/or crew of the M/V TAYLOR

4

MARIE, as well as the mismanagement of the M/V TAYLOR MARIE by its owners and/or operators, all of which ECKSTEIN is solely liable.

### XVI.

As a result of the unseaworthiness of the M/V ELIZABETH R and/or M/V TAYLOR MARIE and the fault of CAPITAL TOWING and/or ECKSTEIN, as alleged above, MAROIL is entitled to recover its deductible and uninsured losses, such as, but not limited to, loss of use, and ZURICH is entitled to recover for all payments made to or on behalf of MAROIL as a result of the casualty in suit, including interest from the date of loss and all costs of these proceedings, as will be more fully proven at trial.

### XVII.

Plaintiffs reserve the right to supplement and amend its Complaint to allege other and further damages as may become known.

### XVIII.

Plaintiffs MAROIL and ZURICH pray that, after due proceedings had, there be judgment herein in favor of MAROIL and ZURICH and against defendant, CAPITAL TOWING and/or ECKSTEIN for all damages that are reasonable in the premises, together with all legal interest from the date of loss until paid, for all costs of these proceedings and for all general and equitable relief as may be deemed just and proper by this Honorable Court.

Respectfully submitted:

JOHN B. PEULER, T.A. (#10491)
JEFF D. PEULER (#30017)
PEULER & ERNST
701 Poydras Street, Suite 3845
New Orleans, La 70139
Telephone: (504) 587-7107
Fax: (504) 561-9728
Attorney for MAROIL, LTD. and ZURICH
AMERICAN INSURANCE COMPANY